GARY M. RESTAINO
United States Attorney
District of Arizona

ADDISON SANTOME
Assistant United States Attorney
Arizona State Bar No. 031263
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: addison.santome@usdoj.gov
Attorneys for Plaintiff

FILED _____ LODGED
_____ RECEIVED _____ COPY

FEB 2 1 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Jeffery Jessup,<br><br>Defendant. | No.  CR-23-00223-PHX-DWL (DMF)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br>(Felon in Possession of a Firearm)<br>Count 1<br><br>18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

On or about February 8, 2023, in the District of Arizona, Defendant JEFFERY JESSUP, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, in and affecting interstate or foreign commerce, to wit:

- Taurus, G3, Pistol, Serial Number (S/N): ABJ928117;

- Springfield Armory, XD45, Pistol, S/N: XD640242;

- Smith & Wesson, M&P 9 Shield, Pistol, S/N: JEL5142; and

- Smith & Wesson, M&P 380 Shield, Pistol, S/N: RJK4495.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Count 1 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offense alleged in Count 1 of this Indictment, Defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the Defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the Defendant is liable, including, but not limited to, the following property involved and used in the offense:

(1) Taurus, G3, Pistol, Serial Number (S/N): ABJ928117;

(2) Springfield Armory, XD45, Pistol, S/N: XD640242;

(3) Smith & Wesson, M&P 9 Shield, Pistol, S/N: JEL5142; and,

(4) Smith & Wesson, M&P 380 Shield, Pistol, S/N: RJK4495.

If any forfeitable property, as a result of any act or omission of the Defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said Defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

//

//

//

- 2 -

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*S/*
FOREPERSON OF THE GRAND JURY
Date:  February 21, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona


*S/*
ADDISON SANTOME
Assistant U.S. Attorney

- 3 -